```
Kenneth B. Quansah, Jr.,
P. O. Box 51759
San Jose, CA 95151-5759
Telephone (408) 627-3342

Plaintiff, pro-se
```

FILED

SEP 27 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. QUANSAH, JR.,<br>Plaintiff,<br><br>vs<br><br>MONEYGRAM PAYMENT SYSTEMS, INC., (Fernan, John); LUCKY STORE #765 (Kathleen); A-1 SELF STORAGE (Allen McCarty, Corrina),<br>Defendants. | Case No. C 19 06153 EJD VKD<br>COMPLAINT FOR PUNITIVE DAMAGES and GENERAL DAMAGES.<br><br>DEMAND JURY TRIAL |

To defendants and defendants Attorneys

I, KENNETH B. QUANSAH, B. QUANSAH, JR., plaintiff complains of defendants, MONEYGRAM PAYMENT SYSTEMS, INC., (Fernan, John); LUCKY STORE #765(Kathleen); A-1 SELF STORAGE (Allen McCarty, Corrina); for cause of action alleges;

1. The jurisdiction of this court is invoke 28 U.S.C. Sec. 1343; Sec. 1332; Sec. 1339.
Plaintiff herein, confers jurisdiction upon the district court to hear this case.  The above named defendants have their principal work place in San Jose, California within Santa Clara County.  Santa Clara County is within the jurisdiction of United States District Court for the Northern District of California.

2. Defendant MoneyGram Payment Systems, Inc. does business in San Jose, California.  San Jose, California is its principal work place for this case.

3. Defendant Lucky Store #765 does business in San Jose, California.  San Jose, California is its principal work place.

4. Defendant A-1 Self Storage does business in San Jose, California.  San Jose, California is its principal work place.

5. The above named defendants in this complaint are responsible for their employees and agents named in this complaint.  Defendants are liable and burden for all wrong done in this complaint.  Defendants employees named in this complaint are not sued in this complaint or case.

6. Plaintiff Kenneth B. Quansah, Jr., is a resident of San Jose, California.  San Jose, California is his principal and

1 | permanent place of abode.

7. The above case/incidence took place in San Jose, California within Santa Clara County. Santa Clara County is the venue proper. Plaintiff herein invoke 28 U.S.C. Sec. 1391 for the subject matter venue.

8. Plaintiff claims the issues and questions of law in this complaint against above named defendants are related and the same.

9. Plaintiff claims the above named defendants businesses in this complaint participate in interstate commerce. The United States District Court has jurisdiction to adjudicate this case.

10. Plaintiff demands a jury trial for all issues legally necessary for a trial by jury. Plaintiff herein invoke Fed. R. Civ. P. Rule 38 for this matter.

FIRST CAUSE OF ACTION

1. Plaintiff sue defendant MoneyGram Payment Sysyems, Inc. and Lucky Store for fraud.

2. Plaintiff sue defendant MoneyGram Payment Systems, Inc. and Lucky Store for Theft.

3. Plaintiff sue defendant MoneyGram Payment Systems, Inc. and Lucky Store for failure to transmit five hundred dollars ($500.00) to a recipient.

3

4. Plaintiff sue MoneyGram Payment Systems, Inc. and Lucky Store for violation of his civil rights under 42 U.S.C. Sec. 1983.

5. Plaintiff sue MoneyGram Payment Systems, Inc. and Lucky Store under due process clause of the Fourteenth Amendment.

6. Plaintiff sue MoneyGram Payment Systems, Inc. and Lucky Store under equal protection clause of the Fourteenth Amendment.

7. Plaintiff sue MoneyGram Payment Systems, Inc. and Lucky Store for unfair business policy and practices.

8. Plaintiff sue A-1 Self Storage for unreasonable eviction.

9. Plaintiff sue A-1 Self Storage for illegal use of surveillance cameras to view him naked in A-1 Self Storage bathroom.

10. Plaintiff sue A-1 Self Storage for violation of his civil rights under 42 U.S.C. Sec. 1983.

11. Plaintiff sue A-1 Self Storage for retariatory conduct, acts and treatment in bad faith.

12. Plaintiff sue A-1 Self Storage for violation of his civil rights under due process clause of the Fourteenth Amendment.
Plaintiff called police in this circumstance to complain.

13. Plaintiff sue A-1 Self Storage for violation of his civil rights under equal protection clause of the

Fourteenth Amendment.

SECOND CAUSE OF ACTION

1. Plaintiff sue all above named defendants in this complaint for negligence.

2. Plaintiff sue all above named defendants in this complaint for humiliation.

3. Plaintiff sue all above named defendants in this complaint for intentional infliction of emotional distress.

4. Plaintiff sue all above named defendants in this complaint for mental suffering, mental anguish and mental depression.

5. Plaintiff sue all above named defendants in this complaint for punitive damages for unreasonable and cruel deprivation.

6. Plaintiff sue MoneyGram Payment Systems, Inc. and Lucky Store for cause of action and general damages in the sum of two million dollars($2,000,000.00).

7. Plaintiff sue A-1 Self Storage for cause of action and general damages in the sum of one million dollars ($1,000,000.00).

8. Plaintiff sue all above named defendants in this complaint for cause of action and total damages in the sum of three million dollars($3,000,000.00).

9. Plaintiff prays for relief and seeks to recover total sum of money damages brought against above named defendants in this complaint. Plaintiff vex and cries there shall be no mercy in this case.

*KENNETH B. QUANSAH, JR.*
Plaintiff, pro-se.

| | |
|---|---|
| 1 | Defendants Address |
| 2 | The President, CEO |
| 3 | MoneyGram Payment Systems, Inc. |
| | 1550 Utica Avenue S |
| 4 | Minneapolis, MN 55416 |
| 5 | |
| 6 | The President, CEO |
| 7 | Lucky Store #765 |
| | 430 Blossom Hill Rd. |
| 8 | San Jose, CA 95123 |
| 9 | |
| 10 | The President, CEO |
| 11 | A-1 Self Storage |
| | 131 Baroni Avenue |
| 12 | San Jose, CA 95136 |

i